**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 25-6423**

———————————

WILLIE DARNELL DERAMUS,

        Plaintiff - Appellant,

    v.

J. NUNA LEE; SGT. B. OVERTON; LT. SPRUILL; LT. R. MILLER; DEPUTY EDWARDS,

        Defendants.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:24-ct-03127-D-RJ)

———————————

Submitted:  July 29, 2025                    Decided:  August 1, 2025

———————————

Before KING, WYNN, and BERNER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Willie Darnell Deramus, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Darnell Deramus appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915A(b).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Deramus v. Lee*, No. 5:24-ct-03127-D-RJ (E.D.N.C., April 25, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*